**Abatement Order filed July 10, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00479-CV

_____

## EMMALINE WILEY AND ALL OCCUPANTS, Appellants

## V.

## DEL PAPA COMMUNITY, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1062543**

## ABATEMENT ORDER

On November 25, 2015, this court ordered appellants to file a brief on or before December 9, 2015. No brief was filed.

The appeal is abated, treated as a closed case, and removed from this court's active docket until July 31, 2018. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion.

Unless appellant files a brief on or before **July 31, 2018**, the court will reinstate the appeal and dismiss for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM